UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Case Type: Personal Injury
Case No. 00-731 RHK/RLE

Elvin L. Wright and Joyce Wright,

Plaintiffs,

v.

Nordberg, Inc., a foreign corporation, and R.B. Scott, Inc., a foreign corporation,

Defendants,

and

R.B. Scott, Inc.,

Defendant and Third-Party Plaintiff,

v.

STRATA Corporation,

Third-Party Defendant.

**STIPULATION FOR PROTECTIVE ORDER AND ORDER**

NOW COME the parties, by their counsel, named below, and hereby stipulate and agree to entry of the following Protective Order which will govern all documents produced in the course of discovery, all answers to interrogatories, all answers to requests for admissions and all deposition testimony:

(1) Designation of "Confidential Information" shall be made by placing or affixing on the document in a manner which will not interfere with its legibility the word "CONFIDENTIAL." One who provides material may designate it as "CONFIDENTIAL" only

FILED AUG 0 1 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

when such person/entity in good faith believes it contains trade secrets or nonpublic technical, commercial, financial, personal or business information. Except for documents produced for inspection at the parties' facilities, including the offices of attorneys for the parties, the designation of "Confidential Information" shall be made prior to, or contemporaneously with, the production or disclosure of that information. In the event that documents are produced for inspection at the parties' facilities or offices of the parties' attorneys, such documents may be produced for inspection before being marked "CONFIDENTIAL." Once specific documents have been designated for copying, any documents containing "Confidential Information" will then be marked "CONFIDENTIAL" after copying but before delivery to the party who inspected and designated the documents. There will be no waiver of confidentiality by the inspection of confidential documents before they are copied and marked "CONFIDENTIAL" pursuant to this procedure.

(2) Portions of depositions shall be deemed "CONFIDENTIAL" only if they are designated as such when the deposition is taken.

(3) Information or documents designated as "CONFIDENTIAL" under this Order shall not be used or disclosed by the parties or counsel for the parties or any persons identified in Paragraph 4 for any purposes whatsoever other than preparing for and conducting the litigation in which the information or documents were disclosed (including appeals).

(4) The parties and counsel for the parties shall not disclose or permit the disclosure of any documents or information designated as "CONFIDENTIAL" under this Order to any person or entity, except that disclosures may be made in the following circumstances:

(i) Disclosure may be made to employees of counsel for the parties who have direct functional responsibilities for the preparation and trial of the

lawsuit. Any such employees to whom counsel for the parties makes a disclosure shall be advised of, and become subject to, the provisions of this Order requiring that the documents and information be held in confidence.

(ii) Disclosure may be made only to employees of a party required in good faith to provide assistance in the conduct of the litigation in which the information was disclosed or identified as such in writing to counsel for the other parties in advance of the disclosure of the confidential information.

(iii) Disclosure may be made to court reporters engaged for depositions and those persons, if any, specifically engaged for the limited purposes of making photocopies of documents. Prior to disclosure to any such court reporter or person engaged in making photocopies of documents, such person must agree to be bound by the terms of this Order.

(iv) Disclosure may be made to consultants, investigators or experts (hereinafter referred to collectively as "Experts") employed by the parties or counsel for the parties to assist in the preparation of and trial of the lawsuit. Prior to disclosure to any Expert, the Expert must be informed of and agree to be subject to the provisions of this Order requiring that the documents and information be held in confidence.

(5) Except as provided in subparagraph 4, counsel for the parties shall keep all documents designated as "CONFIDENTIAL" which are received under this Order, secure within their exclusive possession and shall place such documents in a secure area.

(6) All copies, duplicates, extracts, summaries or descriptions (hereinafter referred to collectively as "Copies") of documents or information designated as "CONFIDENTIAL" under

this Order, or any portion thereof, shall be immediately affixed with the word "CONFIDENTIAL" if that word does not already appear thereon.

(7)(a) To the extent that any Answers to Interrogatories, transcripts of depositions, Responses to Requests for Admission, or any other papers filed or to be filed with the Court, reveal or tend to reveal information claimed to be "CONFIDENTIAL," these papers or any portion thereof shall be filed under seal by the filing party with the Clerk of the Court in an envelope marked "SEALED." A reference to this Order should also be made on the envelope.

(b) No information may be withheld from discovery on the grounds that the material to be disclosed requires protection greater than that afforded by this Order unless the party claiming a need for greater protection moves for and obtains from the Court an Order providing such special protection.

(c) The designation of confidentiality by a party may be challenged by the opponent upon Motion.

(d) At the conclusion of the litigation, all material not received in evidence and treated as "CONFIDENTIAL" under this Order shall be returned to the originating party. If the parties so stipulate, the materials may be destroyed.

Attorney Michael C. Rajkowski

QUINLIVAN & HUGHES, P.A.
Attorneys for Plaintiffs

Dated: 7-12, 2000

By: [signature]
Michael C. Rajkowski

LOMMEN, NELSON, COLE & STAGEBERG, P.A.
By: John R. McBride
and
GODFREY & KAHN, S.C.

Dated: 7/21, 2000

By: ____________________
Joseph M. Nicks

Attorney John C. Hughes

MEAGHER & GEER
Attorneys for R. B. Scott, Inc.

Dated: July 13, 2000

By: ____________________
John C. Hughes

Attorney Richard A. Clapp

PEARSON CHRISTENSEN
Attorneys for Strata Corporation

Dated: July 17, 2000

By: ____________________
Richard A. Clapp

**ORDER**

Upon the within Stipulation,

IT IS SO ORDERED.

Dated this 31st day of July, 2000.

BY THE COURT:

____________________
Honorable Raymond L. Erickson
United States Magistrate Judge

GB63941_1.DOC

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Office of the Clerk
417 Federal Building
515 West First Street
Duluth, MN 55802

## Clerk's Notice In Re: Protective Order

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing ***confidential original*** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

***Guidelines for filing with the Clerk:***

A. Documents are to be sealed (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 (LR5.1 *All pleadings, motions, and other papers presented for filing shall be on 8½ x 11 inch white paper . . . flat and unfolded. This rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts).*

B. Each envelope must list the following information, and ***EACH DOCUMENT IS TO BE IN A SEPARATE ENVELOPE***.

- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "SEALED" or "CONFIDENTIAL"

***Guidelines for filing with a U.S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.

N:\DAILY\FORMS\protecord.wpd