UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Case Type: Personal Injury
Case No. 00-731 RHK/RLE

Elvin L. Wright and Joyce Wright,

Plaintiffs,

v.

Nordberg, Inc., a foreign corporation, and R.B. Scott, Inc., a foreign corporation,

Defendants,

and

R.B. Scott, Inc.,

Defendant and
Third-Party Plaintiff,

v.

STRATA Corporation,

Third-Party Defendant.

**STIPULATION AND ORDER TO AMEND PRETRIAL ORDER**

STIPULATION

NOW COME the parties, by their attorneys, named below, and hereby stipulate and agree to entry of an Order amending the Pretrial Order to establish a June 1, 2001 deadline for the Defendant's disclosure of expert witnesses.

QUINLIVAN & HUGHES, P.A.
Attorneys for the Plaintiffs

Dated: 3/12, 2001.

By: [signature]
Michael C. Rajkowski

FILED MAR 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

GODFREY & KAHN, S.C.
Attorneys for Nordberg, Inc.

Dated: 3/26, 2001 By: ______________________
Joseph M. Nicks

MEAGHER & GEER
Attorneys for R.B. Scott, Inc.

Dated: 3/21/01, 2001 By: ______________________
John C. Hughes

PEARSON CHRISTENSEN
Attorneys for Strata Corporation

Dated: ______________, 2001 By: ______________________
Richard A. Clapp

ORDER

Based upon the foregoing Stipulation, the Court orders that the Pretrial Order is amended to provide that the Defendants must disclose their expert witnesses on or before June 1, 2001.

Dated this 29th day of March, 2001.

BY THE COURT:

______________________
Honorable Raymond L. Erickson
United States Magistrate Judge