**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Elvin L. Wright and Joyce Wright,

Plaintiffs,

vs.

Nordberg, Inc., a foreign corporation, and
R. B. Scott, Inc., a foreign corporation,

Defendants,

and

R. B. Scott, Inc.,

Defendant and
Third-Party Plaintiff,

vs.

STRATA Corporation,

Third-Party Defendant.

Court File No.: 00-731 RHK/RLE
Personal Injury

**PARTIAL STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER FOR PARTIAL DISMISSAL**

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the Plaintiffs and Defendant and Third-Party Plaintiff R. B. Scott, Inc., through their respective counsel in accordance with the *Pierringer* Release and Settlement Agreement entered into between the parties, that plaintiffs Elvin and Joyce Wright's claims against R. B. Scott are hereby dismissed with prejudice and without further cost to any of the parties hereto.

**IT IS FURTHER STIPULATED AND AGREED** that any party, without notice to another, may cause judgment of dismissal with prejudice to be entered herein.

FILED SEP 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. SEP 10 2001
DEPUTY CLERK

Dated: 8/27/01

Michael C. Rajkowski (#195303)
QUINLIVAN & HUGHES, P.A.
P. O. Box 1008
St. Cloud, MN 56302
(320) 251-1414
Fax: (320) 251-1415

*Attorneys for Plaintiffs*

Dated: August 6, 2001

John C. Hughes (#185929)
MEAGHER & GEER, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 338-0661
Fax: (612) 338-8384

*Attorneys for R. B. Scott, Inc.*

## ORDER FOR PARTIAL DISMISSAL

Based upon the foregoing Partial Stipulation for Dismissal with Prejudice entered into by the parties and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:** That plaintiffs Elvin and Joyce Wright's claims against defendant R. B. Scott, Inc. are hereby dismissed with prejudice and without cost to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Judge of District Court

Dated: 9/10/01

902814.1