**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Elvin L. Wright,

Plaintiff,

Civil No. 00-731 (RHK/RLE)

vs.

**ORDER**

Nordberg, Inc., a foreign corporation,
and R.B. Scott, Inc., a foreign corporation,

Defendants,

and

R.B. Scott, Inc.,

Defendant and
Third-Party Plaintiff,

v.

Strata Corporation,

Third-Party Defendant.

---

Defendant Strata Corporation's September 21, 2001 Motion for Extension is **GRANTED**; the dispositive motion referenced in the Motion for Extension shall be served upon counsel and furnished to the Court no later than October 3, 2001. Responses, if any, shall be served upon counsel and furnished to the Court no later than October 8, 2001.

FILED SEP 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

The Order does not alter the trial ready date of November 1, 2001, nor the schedule for submission of trial materials by all parties (including Strata Corporation).

Dated: September 26, 2001

RICHARD H. KYLE
United States District Judge