**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ELVIN L. WRIGHT,

Plaintiff,

vs. CV 00-731RHK/RLE

NORDBERG INC., a foreign corporation, and R.B.Scott Inc., a foreign corpoation, etal

Defendants.

**NOTICE OF JURY TRIAL**

A JURY TRIAL is scheduled for Wednesday, November 14, 2001, at 9:00 AM, before Judge Richard H. Kyle, in Fergus Falls, Minnesota. All trial materials in accordance with the schedule as established in the order dated August 2, 2001.

October 4, 2001

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

FILED OCT 04 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________